MCGREGOR W. SCOTT
United States Attorney
JONATHAN B. CONKLIN
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-0129 OWW |
| | ) | |
| Plaintiff, | ) | Government's Request for |
| | ) | Protective Order |
| v. | ) | |
| | ) | |
| DOUGLAS J. TULLIS, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | The Honorable Oliver W. Wanger |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

INTRODUCTION

     The Government is in the process of providing additional

discovery in the above-entitled action.  Such additional discovery

consists of numerous image files that have been recovered during

the investigative stage of this case.  In order to expedite the

discovery process, the government has agreed to reproduce such

files in a digital form.  It is anticipated that the copy process

will take 14 to 21 days to complete.

1          Many of those image files that will be produced in discovery

2  depict identifiable juveniles engaged in sexually explicit conduct.

3  In order to protect those juveniles, the government requests that

4  this court issue a proposed protective order (attached hereto)

5  which will prevent the discovery material from being made public.

6

7  DATE: June 24, 2005                              Respectfully

8                                                   submitted,

9

10                                            MCGREGOR W. SCOTT
                                              United States Attorney

11

12                                            By, /s/ Jonathan B. Conklin
                                                JONATHAN B. CONKLIN
13                                            Assistant U.S. Attorney

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MCGREGOR W. SCOTT
United States Attorney
JONATHAN B. CONKLIN
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-0129 OWW |
| | ) | |
| Plaintiff, | ) | Protective Order |
| | ) | |
| v. | ) | |
| | ) | |
| DOUGLASS J. TULLIS. | ) | |
| | ) | |
| | ) | The Honorable Oliver W. Wanger |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |

ORDER

_____IT IS HERE BY ORDERED AS FOLLOWS:

Any digital discovery provided by the government pursuant to its discovery obligation, shall not be reproduced by any party. This includes reproducing such discovery in digital form.

No party shall transfer any of the digital discovery to any source including other computers or digital storage devices.

The digital discovery shall not be transmitted in any manner, including via the United States Mail or the Internet.

3

1      All parties shall take all steps necessary to prevent the
2 public dissemination of the digital discovery provided in this
3 case.

4      No party shall allow the digital discovery provided in this
5 case to be viewed by anyone except counsel for the parties, their
6 investigators and designated expert witnesses.

7      No defendant shall be allowed to view such digital discovery
8 unless in the company of defense counsel and then only for the
9 purpose of preparing for trial in the above-entitled action.

10      Each defense counsel shall return all digital discovery to the
11 government at the conclusion of their individual case.

12

13 DATE: June27, 2005

14                                    /s/ OLIVER W. WANGER
                                      _____
15                                        OLIVER W. WANGER
                                          United States District
16                                        Court Judge

17

18

19

20

21

22

23

24

25

26

27

28

                                  4