ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
DOUGLAS J. TULLIS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR-F-05-00129 OWW |
| Plaintiff, | STIPULATION TO VACATE TRIAL DATE AND SET PLEA HEARING AND PROPOSED ORDER THEREIN |
| vs. | |
| DOUGLAS J. TULLIS, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the Defendant, DOUGLAS J. TULLIS, by and through his attorney of record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, Sheila K. Oberto that the Trial Confirmation Hearing now set for April 3, 2006, at 9:00 a.m. and the Trial now set for April 18, 2006 be vacated.

It is further stipulated by the parties that a Plea Hearing will be set for Monday, May 1, 2006 at 1:30 p.m.

In addition, it is also stipulated by the parties that any delay resulting from this continuance shall be excluded on the following basis:

PDF created with pdfFactory trial version www.pdffactory.com

1. Title 18, United States Code, Section 3161(h)(8)(A) -- that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial;

2. Title 18, United States Code, Section 3161(h)(8)(ii) -- that it is unreasonable to expect adequate preparation for pre-trial proceedings or for the trial itself with the time limits established due to the complexity of the case.

Respectfully submitted,

Dated: March 15, 2006

/s/ Anthony P. Capozzi
Anthony P. Capozzi,
Attorney for Defendant,
DOUGLAS J. TULLIS

Dated: March 15, 2006

/s/ Sheila K. Oberto
Sheila K. Oberto,
Assistant U.S. Attorney

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

IT IS SO ORDERED. Good cause having been shown, the Trial Confirmation Hearing and the Trial shall be vacated and a Plea Hearing shall be set for Monday, May 1, 2006 at 1:30 p.m.

Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 USC §§ 3161(h)(A) and 3161(h)(B)(ii).

Dated:  March _15, 2006

                                        /s/ OLIVER W. WANGER
                                        Honorable Oliver W. Wanger,
                                        U.S. District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com